C-13-15(a)  
(Rev. 5/97)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

FILED OCT 07 1999 U.S. Bankruptcy Court Greensboro, NC CH

| | |
|---|---|
| In Re: Robert F. Wade, III<br>Tracey A. Wade<br><br>Debtor(s) | ) **Motion and Order**<br>) **Chapter 13**<br>)<br>) No: B-9714283     C-13D<br>)<br>)<br>) |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On November 24, 1997, the Debtors' Plan was confirmed. The Standing Trustee has received a request from the Debtors, through counsel, that the Debtors be allowed to make their mortgage payments to Central Fidelity directly and not through the Chapter 13 Office.

The Standing Trustee respectfully recommends to the Court that an Order be entered pursuant to §1329 modifying the Debtors' Plan as follows: 1) commencing November 1, 1999, the Debtors shall make their regular monthly mortgage payment directly to Central Fidelity National Bank; and 2) the Debtors' payments shall be reduced by $510.00 per month.

Date: September 28, 1999  
ej

Richard M. Hutson, II, Standing Trustee

PARTIES IN INTEREST: See Page 2

**ENTERED OCT 13 '99**
U.S. Bankruptcy Court
Greensboro, NC
AJM

**ORDER**

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted effective on the first day after the expiration of thirty (30) days after the "ENTERED" date of this order; however, if within said first thirty (30) days written objections are filed with this Court and copies served upon the parties in interest, the effective date of this order will be pursuant to further orders of the Court at the hearing on objections; and, it is further

ORDERED that if objections by a party in interest to the granting of the above relief are filed within the thirty (30) day period, a hearing will be held on the objections on the __30th__ day of __November__, 19__99__, at __10:00__ a. m., in the Courtroom __first floor, Peoples Security Building, 300 West Morgan Street, Durham, NC__; and it is further

ORDERED that the Clerk mail a copy of this motion and order to each of the parties in interest.

Date: __OCT 1 2 1999__

JAMES B. WOLFE, JR.

US Bankruptcy Judge

(30)

C-13-15(a)
97-14283 C-13D
Page 2 of 2

PARTIES IN INTEREST:

Robert F. Wade, III /////DB
Tracey A. Wade
609 Cherry St.
Oxford, NC 27565

William L. Yaeger, Esq. /////ATY
PO Box 100
Durham, NC 27702

Richard M. Hutson, II /////TR RTN
PO Box 3613
Durham, NC 27702

Central Fidelity National
PO Box 6080
Lynchburg, VA 24505

Robert F. Wade, III /////DB
Tracey A. Wade
609 Cherry St.
Oxford, NC 27565

William L. Yaeger, Esq. /////ATY
PO Box 100
Durham, NC 27702

Richard M. Hutson, II /////TR RTN
PO Box 3613
Durham, NC 27702

Central Fidelity National
PO Box 6080
Lynchburg, VA 24505