UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

IN RE:
ROBERT F WADE III
TRACEY A WADE
609 CHERRY ST
OXFORD NC 27565

Debtor(s)
SSN(1)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 SSN(2)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

CASE NO. 97-14283
JUDGE U.S. Bankruptcy Judge
DATE: 06/16/03



FILED JUN 24 2003 U.S. Bankruptcy Court Greensboro, NC MEL

---

TRUSTEE'S FINAL REPORT AND ACCOUNTING

---

RICHARD M HUTSON II, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b)(1).

1. The case was filed on Aug 28, 1997 and confirmed on Nov 24, 1997. The case was subsequently Completed on May 30, 2003.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $ 41,470.16 .

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| AVCO<br>  2ND DEED/TRUST (RES) | Secured | 11164.34 | 11164.34 | 4827.46 | .00 |
| CHASE MANHATTAN MORTGAGE CO<br>  1ST D/T(RES)\|BAL DRT | AMENDED | .00 | 9784.56 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE CO<br>  ARREARS/1ST D/T(RES) | ARREARS-M | 1101.57 | 1101.57 | 209.69 | .00 |
| DUKE HOSPITAL | NOT FILED | .00 | .00 | .00 | .00 |
| DUKE HOSPITAL | Unsecured | 548.00 | 137.00 | .00 | .00 |
| DUKE UNIV AFFILIATED PHYSIC | NOT FILED | .00 | .00 | .00 | .00 |
| FIRST CITIZENS BANK | Unsecured | 732.11 | 183.03 | .00 | .00 |
| FNANB/CIRCUIT CITY<br>  CONSUMER GOODS | Secured | 621.33 | 621.33 | 133.64 | .00 |
| FORD MOTOR CREDIT COMPANY<br>  95 FORD\|ORDER 6/1/98 | VEHICLE | 1376.50 | 1376.50 | 554.68 | .00 |
| FORD MOTOR CREDIT COMPANY<br>  DEFICIENCY/95 FORD | Unsecured | 714.58 | 178.65 | .00 | .00 |
| GRANVILLE CO REGISTER OF DE<br>  RECORD NOTICE | Special C | 22.00 | 22.00 | .00 | .00 |
| HUTCHENS & SENTER ATTYS<br>  REPS: CHASE MANHTTAN | NOT FILED | .00 | .00 | .00 | .00 |
| MCCALLA RAYMER PADRICK ET A<br>  REPS: WACHOVIA MRTG | NOT FILED | .00 | .00 | .00 | .00 |

PAGE 1 - CONTINUED ON NEXT PAGE



| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| PRIVATE DIAGNOSTIC CLINIC | NOT FILED | .00 | .00 | .00 | .00 |
| RESURGENT ACQUISITION LLC | Unsecured | 565.25 | 141.31 | .00 | .00 |
| SEARS BANKRUPTCY<br>    CONSUMER GOODS | Secured | 171.72 | 171.72 | 38.85 | .00 |
| SEARS BANKRUPTCY<br>    CLM W/DRAWN 11/10/97 | AMENDED | .00 | .00 | .00 | .00 |
| SEARS BANKRUPTCY<br>    Split Claim | Unsecured | 216.66 | 54.17 | .00 | .00 |
| SHERMAN ACQUISITION LLC | Unsecured | 4677.86 | 1169.47 | .00 | .00 |
| WACHOVIA BANK NA<br>    95 CHEV TRK | VEHICLE | 5705.58 | 5705.58 | 1146.02 | .00 |
| WORLD FINANCL NETWORK NATL<br>    EXPRESS | Unsecured | 230.36 | 57.59 | .00 | .00 |
| WORLD FINANCL NETWORK NATL<br>    STRUCTURE | Unsecured | 319.91 | 79.98 | .00 | .00 |

4. Summary of disbursements:

|   | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMOUNT | 20141.04 | 22.00 | 8004.73 | 9784.56 | 37952.33 |
| PRINCIPAL PAID | 20141.04 | 22.00 | 2001.20 | 9784.56 | 31948.80 |
| INTEREST PAID | 6910.34 | .00 | .00 | .00 | 6910.34 |

5. Costs of administration:
The clerk was paid $           .00  for the filing fee.
The debtor's attorney was allowed $       900.00 and was paid $        900.00 .
The Trustee was paid $        18.00  for the cost of mailing notices in the case.
The Trustee was paid $       832.04  for expenses and $       832.03  for compensation pursuant to 11 USC 1302.
Refunds to the debtor total $         28.95 .

6. Total Receipts Less Distributions:

```
        Total Paid In =                          41,470.16
        Trustee Compensation =                      832.03
        Other Professional Fees and Expenses =    1,750.04
        Secured Payments =                       36,835.94
        Priority Payments =                          22.00
        Unsecured Payments =                      2,001.20
        Other Distributions =                        28.95
                                                 _____
        Balance =                                      .00
```

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

*[signature]*
RICHARD M HUTSON II

xc ROBERT F WADE III and TRACEY A WADE
   U S BANKRUPTCY ADMIN
   WILLIAM L YAEGER
   P O BOX 100
   DURHAM NC

27702-0000